UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY McDONALD,

        Petitioner,               Case No. 1:13-cv-890

v.                              Honorable Paul L. Maloney

JOHN PRELESNIK,

        Respondent.
_____/

## ORDER

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  July 29, 2016           /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge