UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY McDONALD,

                Petitioner,              Case No. 1:13-cv-890

v.                                  Honorable Paul L. Maloney

JOHN PRELESNIK,

                Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED**

with prejudice because it fails to raise a meritorious federal claim.

Dated:   __Jul y29, 2016_____       ___/s/ Paul L. Maloney_____
                                        Paul L. Maloney
                                      United States District Judge